UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-23584-CIV-ALTONAGA

ANDRES GOMEZ,

      Plaintiff,

v.

BJ'S WHOLESALE CLUB, INC., a
Delaware Corporation,

      Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, ANDRES GOMEZ, and Defendant, BJ's WHOLESALE CLUB, INC., hereby advise the Court that the parties have reached a settlement in the instant case and will file a Joint Stipulation of Dismissal with Prejudice immediately upon the execution of the confidential settlement agreement. The parties respectfully request that all deadlines be stayed while the parties prepare settlement and dismissal papers.

Dated: January 31st, 2018

| | |
|---|---|
| By: */s/Anthony J. Perez* | By: */s/Lindsay M. Alter* |
| ANTHONY J. PEREZ, ESQ. | Lindsay M. Alter, Esq. |
| Florida Bar No: 535451 | Florida Bar No. 103237 |
| ALFREDO GARCIA-MENOCAL | |
| Florida Bar No: 533610 | **LITTLER MENDELSON, P.C.** |
| | Wells Fargo Center |
| **GARCIA-MENOCAL & PEREZ, P.L.** | 333 SE 2nd Avenue, Suite 2700 |
| Marina Lakes, Unit 3 | Miami, FL 33131 |
| 4937 SW 74th Court | E-mail:  LAlter@littler.com |
| Miami, FL 33155 | Secondary:  btapia@littler.com |
| E-Mail: ajperezlaw@gmail.com | Telephone:    (305) 400-7530 |
| agarciamenocal@lawgmp.com | Facsimile:    (305) 603-2552 |
| Telephone:  305-553-3464 | |
| Facsimile:  305-553-3031 | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 31st, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperezlaw@gmail.com
Secondary E-Mails: agmlaw@bellsouth.net

By:   */s/ Anthony J. Perez, Esq.*
ANTHONY J. PEREZ
Florida Bar No.: 535451
ALFREDO GARCIA-MENOCAL
Florida Bar No.: 533610